# United States Navy–Marine Corps Court of Criminal Appeals

Before
DALY, HARRELL, and KORN
Appellate Military Judges

———————————

## UNITED STATES
*Appellee*

**v.**

## Daniel H. ARNOLD
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

## No. 202400368

———————————

Decided: 11 December 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Derek A. Poteet (Arraignment)
Aran T. Walsh (Motions and Trial)

Sentence adjudged 31 May 2024 by a general court-martial tried at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 12 months, and a dishonorable discharge.

For Appellant:
*Ms. Kimberly D. Hinson*

For Appellee:
*Commander Jeremy R. Brooks, JAGC, USN*
*Commander John T. Cole, JAGC, USN*

————————————

**This opinion does not serve as binding precedent, but
may be cited as persuasive authority under
NMCCA Rule of Appellate Procedure 30.2.**

————————————

PER CURIAM:

Appellant was convicted, consistent with his pleas, of two specifications of sexual abuse of a child, in violation of Article 120b, Uniform Code of Military Justice (UCMJ), for exposing his genitalia and communicating indecent language to a child who had not attained the age of 16 years.[1]

Appellant asserts one assignment of error: Are Appellant's pleas improvident where he could not and did not give an informed waiver of his Constitutional rights?[2] We have carefully considered the matters raised by Appellant in his brief and find they do not require discussion or relief.[3]

We have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[4]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] 10 U.S.C. § 920b.

[2] Raised pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982).

[3] *See United States v. Matias,* 25 M.J. 356, 361 (C.M.A. 1987).

[4] Articles 59 & 66, UCMJ.